# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **DARREN NORMAND** | **CIVIL CASE NO. 6:24-CV-00802** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **SOCIAL SECURITY ADMINISTRATION** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## JUDGMENT

For the reasons stated in the REPORT AND RECOMMENDATION [Doc. 11] of the Magistrate Judge previously filed herein, after an independent review of the record, considering the OBJECTIONS TO REPORT AND RECOMMENDATIONS [Doc. 12] filed, having determined that the findings and recommendations are correct under the applicable law;

IT IS ORDERED, ADJUDGED, AND DECREED that the decision of the Commissioner of the Social Security Administration is AFFIRMED, and this matter is DISMISSED WITH PREJUDICE, consistent with the REPORT AND RECOMMENDATION.

THUS DONE AND SIGNED in Chambers on this 27th day of November, 2024.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE